1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNESTO RAMOS,

11            Petitioner,                    No. CIV S-10-0871 DAD P

12       vs.

13   RICHARD B. IVES,

14            Respondent.              FINDINGS AND RECOMMENDATIONS

15   _____/

16            Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2241.  Petitioner filed his petition on April 13, 2010.  The court's

18   own records reveal that on April 12, 2010, petitioner filed a petition containing virtually identical

19   allegations against the same respondent.  (No. CIV S-10-0848 KJN P).[1]  Due to the duplicative

20   nature of the present action, the court will recommend that the petition be dismissed.

21            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

22   randomly assign a United States District Judge to this action.

23            IT IS HEREBY RECOMMENDED that this action be dismissed without

24   prejudice.  See Fed. R. Civ. P. 41(b).

25   _____

26       [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1         These findings and recommendations are submitted to the United States District

2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

3 one days after being served with these findings and recommendations, petitioner may file written

4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5 Findings and Recommendations."  Petitioner is advised that failure to file objections within the

6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

7 F.2d 1153 (9th Cir. 1991).

8 DATED: April 21, 2010.

9

10  

11 DAD:9
ramo0871.123

                   DALE A. DROZD
                   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26