1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNESTO RAMOS,

11           Petitioner,                    No. CIV S-10-0871 DAD P

12       vs.

13   RICHARD B. IVES,

14           Respondent.               <u>ORDER</u>

15   _____/

16           Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2241.  On April 22, 2010, the undersigned issued findings and

18   recommendations, recommending that this action be dismissed as duplicative.  On May 27, 2010,

19   this case was reassigned to the undersigned magistrate judge for all further proceedings.[1]

20           Accordingly, IT IS HEREBY ORDERED that:

21           1.  The court's April 22, 2010 findings and recommendations (Doc. No. 4) are

22   vacated;

23   /////

24   _____

25        [1]  Petitioner filed his consent to proceed before a magistrate judge on April 22, 2010.
     (Doc. No. 5.)  Respondent similarly filed his consent to magistrate judge jurisdiction on May 21,
26   2010.  (Doc. No. 7.)

                                              1

1          2.  This action is dismissed without prejudice; and

2          3.  The Clerk of Court is directed to close this case.

3    DATED: June 1, 2010.

4

5    _____

6    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

7    DAD:sj
     ramo0871.123(2)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2